UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CAROLYN JONES,

    Plaintiff,

v.    CASE NO. 3:21cv237-NBB-RP

OZARK MOTOR LINES, INC. and
LARRY WATSON,

    Defendants.

AGREED ORDER OF DISMISSAL WITH PREJUDICE

On January 4, 2023, this Court entered an Order Dismissing Action By Reason of Settlement (Ct. Dkt. 53). The case was dismissed without prejudice based upon the parties' representation that the case had been settled or was in the process of being settled. The Court has now been advised that the parties have entered into a binding Settlement Agreement.

**IT IS, THEREFORE, ORDERED** that the above-styled and numbered action is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**, this 8TH day of March, 2023.

    /s/ Neal Biggers
    NEAL B. BIGGERS, JR.
    UNITED STATED DISTRICT JUDGE

So approved:


/s/CARLOS E. MOORE w/permission by JMS
CARLOS E. MOORE, MS BAR NO 100685
The Cochran Firm – MS Delta
306 Branscome Drive
P.O. Box 1487
Grenada, Mississippi 38902-1487
662-227-9940 Office
662-227-9941 Fax
cmoore@cochranfirm.com


/s/TERRIS CANTON HARRIS w/permission by JMS
TERRIS CATON HARRIS, MS BAR NO 99433
The Cochran Firm – Jackson, LLC
197 Charmant Place, Suite 2
Ridgeland, Mississippi 39157
601-790-7600 Office
866-860-3857 Fax
terris@cochranfirmjackson.com

ATTORNEYS FOR PLAINTIFF



/s/JAMES M. SIMPSON
JAMES M. SIMPSON, MS BAR NO. 103823
KRISTINE SIMPSON, MS BAR NO. 105228
SIMPSON & LILLIE, PLLC
265 N. Lamar Boulevard, Suite D
Oxford, Mississippi 38655
Telephone: (662) 638-3235 Office
jim@simpsonlillie.com

ATTORNEYS FOR DEFENDANTS